IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Garris Smith,<br><br>        Plaintiff,<br><br>vs.<br><br>Walmart Stores East, L.P.,<br><br>        Defendant. | C/A: 2:24-cv-00818-RMG<br><br><br>**DEFENDANT'S<br>EXPERT DISCLOSURE** |

Pursuant to Fed. R. Civ. P. 26(a)(2) and Local Civil Rule 16.02 (D.S.C.), Defendant Walmart Stores East, LP, by and through its undersigned counsel, hereby discloses the following expert witness, whom Defendant intends to call to testify at the trial of this matter:

    **Brett C. Gunter, MD, FACS, FAANS**
    **MUSC Health Neurosurgery Columbia NE**
    **114 Gateway Corporate Blvd., Suite 210**
    **Columbia, South Carolina 29203**
    **803-365-8640**

In accordance with the applicable rules and the current Scheduling Order in this matter, the undersigned counsel certifies that Dr. Gunter's preliminary report, including all information required by Fed. R. Civ. P. 26(a)(2)(B), has been served upon counsel for Plaintiff. Pursuant to Rule 26(a)(2)(E), and as set forth in his report, Dr. Gunter reserves the right to supplement his report and accompanying documents, if necessary, as additional information is received and the case progresses; further, Defendant reserves the right to supplement this disclosure when required.

Defendant also reserves the right to call any expert witness identified by Plaintiff.

[Signature of counsel follows.]

2

        Respectfully submitted,

        <u>*s/ Lee Ellen Bagley*</u>
        Lee Ellen Bagley, Fed. ID 11453
        LAFAVE BAGLEY, LLC
        2019 Park Street
        Columbia, South Carolina 29201
        803.704.1173
        leb@lafavebagley.com

May 19, 2025         *Attorneys for Defendant*